## MEDLIN v. ARCADIAN SHORES, INC.

No. 235P90

Case below: 98 N.C.App. 341

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## NATIONAL SERVICE INDUSTRIES v. POWERS

No. 263P90

Case below: 98 N.C.App. 504

Motion by plaintiff to dismiss appeal for lack of substantial constitutional question allowed 29 August 1990. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## N.C. CHIROPRACTIC ASSN., INC. v. AETNA CASUALTY & SURETY CO.

No. 262P90

Case below: 98 N.C.App. 514

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 29 August 1990.

## NORTH BUNCOMBE ASSN. OF CONCERNED CITIZENS v. RHODES

No. 434A90

Case below: 100 N.C.App. 24

Petition by plaintiffs for temporary stay allowed 29 August 1990.

## NORTHWESTERN FINANCIAL GROUP v. COUNTY OF GASTON

No. 307PA90

Case below: 98 N.C.App. 515

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 29 August 1990.